# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**364**
**CAF 13-01203**
PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF KARLA BOW, PETITIONER-APPELLANT,

V                                          MEMORANDUM AND ORDER

JOSEPH BOW, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

KARLA BOW, PETITIONER-APPELLANT PRO SE.

---

Appeal from a corrected order of the Family Court, Niagara County (John F. Batt, J.), entered September 21, 2012 in a proceeding pursuant to Family Court Act article 4.  The corrected order denied in part petitioner's written objections to an order of the Support Magistrate on her petition alleging that respondent willfully violated a prior order of support.

It is hereby ORDERED that the corrected order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Bow v Bow* ([appeal No. 1] ___ AD3d ___ [May 9, 2014]).

Entered:  May 9, 2014                      Frances E. Cafarell
                                           Clerk of the Court